# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Zane Earl Beckman | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Mark Dalton | **INTERPRETER:** No |
| Telephone No.: (208) 947-8710 | If YES, language: |
| AGENCY: Attorney General's Office/ICAC Task Force | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No |
| | **CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Complaint

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 2251(a), (e)** | ONE | **Sexual Exploitation of Children** | Not less than 15 years, nor more than 30 years imprisonment, not less than 5 years, and up to lifetime supervised release, $250,000 fine, $5,100 Special Assessment |

Date: September 1, 2020    Assistant U.S. Attorney: KASSANDRA J. MCGRADY

Telephone No.: (208) 334-1211